UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BREELAND,<br><br>       Plaintiff,<br><br>       v.<br><br>SUPT. JOHN FISHER, et al.,<br><br>       Defendants. | :<br>:<br>:  Civil Action No. 3:12-CV-84<br>:<br>:  (Judge Kosik)<br>:<br>: |

## ORDER

AND NOW, THIS 7th DAY OF MAY, 2012, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson dated April 24, 2012 (Doc. 39) is **ADOPTED;**

2. Plaintiff's "First Amended Complaint" (Doc. 38) shall be construed as the Complaint in this action and Defendants Anders, Vogt, and Nurse Mary as the only defendants;

3. Defendants Fisher, Lear, Grove, Henry, Rabenstein, Grove, and Drebellbius are dismissed from this action and the Clerk of Courts is directed to terminate these defendants from the docket; and

4. The above-captioned action is remanded to the Magistrate Judge for further proceedings.

_____
Edwin M. Kosik
United States District Judge

**FILED**
**SCRANTON**

MAY 0 7 2012

PER _____
DEPUTY CLERK